EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| CHARLES R. RALSTON, SR., ATTORNEY IN FACT FOR EARL C. PERRY,<br><br>       Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>       Defendants. | Case No.: C 03-03197 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFF CHARLES R. RALSTON, SR., ATTORNEY IN FACT FOR EARL C. PERRY** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Charles R. Ralston, Sr., Attorney in Fact For Earl C. Perry, and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by

2060797.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Charles R. Ralston, Sr., Attorney in Fact For Earl C. Perry - 1**

1  Plaintiff Charles R. Ralston, Sr., Attorney in Fact For Earl C. Perry, as to defendant Olin
2  Corporation. All parties to bear their own costs and legal fees incurred to date in this action.
3  Dated: 8/4/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
    RICHARD D ALEXANDER, Cal. Bar #48432
    JEFFREY W/ RICKARD, Cal. Bar #125180
    RYAN M. HAGAN, Cal Bar #200850
    152 North Third Street, Suite 600
    San Jose, CA 95112
    Telephone: (408) 289-1776
    Facsimile: (408) 287-1776

Attorneys for Plaintiff Charles R. Ralston, Sr.,
Attorney in Fact For Earl C. Perry

HUSCH & EPPENBERGER, LLC

By: _____/s/ Carol A. Rutter_____
    THOMAS M. CARNEY, admitted *pro hac vice*
    CAROL A. RUTTER, admitted *pro hac vice*
    190 Carondelet Plaza, Suite 600
    St. Louis, MO 63105-3441
    Telephone: (314) 480-1500
    Facsimile: (314) 480-1505

    RANDALL C. CREECH, Cal. Bar #65542
    CREECH, LIEBOW & KRAUS
    333 West San Carlos Street
    Suite 1600
    San Jose, CA 95110
    Telephone: (408) 993-9911
    Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

2060797.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Charles R. Ralston, Sr., Attorney in Fact For Earl C. Perry - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| CHARLES R. RALSTON, SR., ATTORNEY IN FACT FOR EARL C. PERRY,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-03197 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFF CHARLES R. RALSTON, SR., ATTORNEY IN FACT FOR EARL C. PERRY** |

THIS MATTER coming on the motion of Plaintiff Charles R. Ralston, Sr., Attorney in Fact For Earl C. Perry, and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiff Charles R. Ralston, Sr., Attorney in Fact For Earl C. Perry's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005        /s/ Ronald M. Whyte

2060797.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Charles R. Ralston, Sr., Attorney in Fact For Earl C. Perry - 3**